No. 02–976.  DURAND ET UX. *v.* ARIF ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 02–977.  BRIDGESTONE CORP. *v.* T&T TRUCK & CRANE SERVICE, INC., ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 02–979.  BROPHY *v.* PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.  Commw. Ct. Pa.  Certiorari denied.

No. 02–981.  DAMRON *v.* FOWLER.  Ct. App. Ky.  Certiorari denied.

No. 02–987.  FURCAL-PEGUERO *v.* GEORGIA.  Ct. App. Ga. Certiorari denied.

No. 02–988.  HARTFORD INSURANCE COMPANY OF THE MIDWEST *v.* HUTH.  C. A. 9th Cir.  Certiorari denied.

No. 02–994.  BISHOP *v.* HUNTER.  C. A. 5th Cir.  Certiorari denied.

No. 02–1006.  FRANCOIS *v.* PUTNAM INVESTMENTS, LLC. C. A. 1st Cir.  Certiorari denied.

No. 02–1010.  LOBERG ET AL. *v.* HALLWOOD REALTY PARTNERS, L. P., ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–1011.  KIFER *v.* FRIEBIS.  C. A. 6th Cir.  Certiorari denied.

No. 02–1015.  BERRAFATO *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA SALES PRACTICE LITIGATION.  C. A. 3d Cir. Certiorari denied.

No. 02–1056.  BURT, BURT & RENTZ RETIREMENT PENSION TRUST ET AL. *v.* DOUGHERTY COUNTY TAX ASSESSORS.  Ct. App. Ga.  Certiorari denied.